```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
MORRIS WILNER,                       :
                                     :
                 Plaintiff,          :
                                     :    09 Cv 157(BSJ)
          v.                         :
                                     :    ORDER
ATM OF AMERICA, INC. et al.,         :
                                     :
                 Defendants.         :
-------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The parties are directed to advise the Court of the status of this Case on or before June 12, 2009.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          June 5, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/09
```